UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF UNION DES ASSOCIATIONS EUROPÉENNES DE FOOTBALL (“UEFA”) FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING | Case No. 26-mc-___ |

**DECLARATION OF ANDREW J. LEVANDER IN SUPPORT OF APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

I, Andrew J. Levander, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Partner at Dechert LLP, counsel for Union des Associations Européennes de Football (“UEFA”) in the above captioned matter. I respectfully submit this declaration in support of the Application of UEFA for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. The application is being brought on an *ex parte* basis because courts in the Second Circuit routinely handle § 1782 requests in that way.[1]

2. I am knowledgeable about the matters described below, and the facts stated herein are true and correct to the best of my knowledge.

3. Attached as Exhibit 1 is a true and correct copy of Inside FIFA, Organisation, FIFA (2023), https://inside.fifa.com/organisation.

4. Attached as Exhibit 2 is a true and correct copy of FIFA, *Football Unites the World:*

[1] Courts in the Second Circuit routinely handle § 1782 requests on an *ex parte* basis. *See*, *e.g.*, *Gushlak v. Gushlak*, 486 F. App’x 215, 217 (2d Cir. 2012) (summary order) (“[I]t is neither uncommon nor improper for district courts to grant applications made pursuant to § 1782 *ex parte*.”); *In re Hornbeam Corp.*, 2015 WL 13647606, at *4 (S.D.N.Y. Sept. 17, 2015) (collecting cases and noting the “widespread recognition that § 1782 applications are properly handled *ex parte*”).

*Strategic Objectives for the Global Game: 2023-2027* (Dec. 16, 2023), https://digitalhub.fifa.com/m/38577b5ce4c3cc23/original/FIFA-Strategic-Objectives-for-the-Global-Game_2023_2027_EN.pdf.

5. Attached as Exhibit 3 is a true and correct copy of FIFA Statutes (2024 ed.), https://digitalhub.fifa.com/m/16d1f7349fa19ade/original/FIFA-Statutes-2024.pdf.

6. Attached as Exhibit 4 is a true and correct copy of FIFA, *Annual Report 2025: Notes to the Consolidated Financial Statements, Material Accounting Policies*, https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/material-accounting-policies.

7. Attached as Exhibit 5 is a true and correct copy of Inside FIFA, *Member Associations*, FIFA (2023), https://inside.fifa.com/associations.

8. Attached as Exhibit 6 is a true and correct copy of Janina Nuno Rios and Angelica Medina, *How World Soccer Is Governed: FIFA, UEFA and the Balance of Power*, Reuters (July 29, 2026), https://www.reuters.com/sports/soccer/how-world-soccer-is-governed-fifa-uefa-balance-power-2026-07-29/.

9. Attached as Exhibit 7 is a true and correct copy of Pamela N. Danziger, *Behind the $10.5 Billion Brand Spending Spree at the 2026 FIFA World Cup*, Forbes (June 5, 2026), https://www.forbes.com/sites/pamdanziger/2026/06/05/why-brands-are-investing-billions-in-the-2026-fifa-world-cup/.

10. Attached as Exhibit 8 is a true and correct copy of Andreas De Rosi, *How FIFA Turns the 2026 World Cup Into a $13 Billion Machine*, Mappr (June 13, 2026), https://www.mappr.co/fifa-world-cup-2026-revenue/.

11. Attached as Exhibit 9 is a true and correct copy of FIFA, *More Than Half the World*

*Watched Record-Breaking 2018 World Cup*, Inside FIFA (Dec. 21, 2018), https://inside.fifa.com/tournaments/mens/worldcup/2018russia/media-releases/more-than-half-the-world-watched-record-breaking-2018-world-cup.

12. Attached as Exhibit 10 is a true and correct copy of Victoria Hernandez, *Total Record-Breaking Attendance Numbers Revealed for 2026 World Cup*, USA Today (July 19, 2026), https://www.usatoday.com/story/sports/soccer/worldcup/2026/07/19/total-attendance-2026-world-cup-united-states-canada-mexico/90976518007/.

13. Attached as Exhibit 11 is a true and correct copy of *2026 World Cup Sets All-Time Attendance Record with More Than 6.8 Million Spectators*, Brussels Times (July 20, 2026), https://www.brusselstimes.com/2238194/2026-world-cup-sets-all-time-attendance-record-with-more-than-6-8-million-spectators.

14. Attached as Exhibit 12 is a true and correct copy of *FIFA President Delighted by 'Record-Smashing' FIFA World Cup 2026*, Inside FIFA (July 20, 2026), https://inside.fifa.com/organisation/president/news/gianni-infantino-world-cup-2026-reaction-records.

15. Attached as Exhibit 13 is a true and correct copy of *2026 FIFA World Cup Breaks Another Record, Surpassing Combined Attendance of Russia 2018 and Qatar 2022*, beIN Sports (July 12, 2026), https://www.beinsports.com/en-us/soccer/fifa-world-cup-2026/articles/2026-fifa-world-cup-breaks-another-record-surpassing-the-combined-attendance-of-russia-2018-and-qatar-2022-2026-07-12.

16. Attached as Exhibit 14 is a true and correct copy of Paul Nicholson, *FIFA Reports $2bn Upward Budget Revision to $11bn for 2023-26 Cycle*, Inside World Football (May 16, 2025), https://www.insideworldfootball.com/2025/05/16/fifa-reports-2bn-upward-budget-revision-11bn-2023-26-cycle.

17. Attached as Exhibit 15 is a true and correct copy of Matt Hughes, *The $13bn World Cup: How the Numbers Stack Up on FIFA's 2026 Balance Sheet*, The Guardian (Apr. 30, 2026), https://www.theguardian.com/football/ng-interactive/2026/apr/30/the-13bn-world-cup-how-the-numbers-stack-up-on-fifas-2026-balance-sheet.

18. Attached as Exhibit 16 is a true and correct copy of Chris Weatherspoon, *The BookKeeper — Exploring FIFA's Finances: Where the Money Comes from and Where It Goes*, The New York Times (July 9, 2026), https://www.nytimes.com/athletic/7330307/2026/07/09/fifa-finances-bookkeeper-analysis/.

19. Attached as Exhibit 17 is a true and correct copy of Nick Ames and Matt Hughes, *FIFA to Announce Record $15bn World Cup Revenue, Smashing Expectations*, The Guardian (July 18, 2026), https://www.theguardian.com/football/2026/jul/18/fifa-record-15bn-world-cup-revenue.

20. Attached as Exhibit 18 is a true and correct copy of David Suggs (The Sporting News), *Who Owns FIFA? How Soccer Organization Works and Where Its Money Goes*, Yahoo Sports (July 29, 2026), https://sports.yahoo.com/articles/owns-fifa-soccer-organization-works-192657800.html.

21. Attached as Exhibit 19 is a true and correct copy of Angel Nakamura, *How FIFA Really Works: From the Structure, Members, Functions and Power Behind International Soccer*, Marca (July 31, 2026), https://www.marca.com/en/football/international-football/2026/08/01/how-fifa-really-works-from-the-structure-members-functions-and-power-behind-international-soccer.html.

22. Attached as Exhibit 20 is a true and correct copy of *Factbox: What Is FIFA and Why Is It Such an Important Organization*, Reuters (May 20, 2015), https://reuters.com/article/us-

soccer-fifa-factbox/factbox-what-is-fifa-and-why-is-it-such-an-important-organization-idUSKBN0O603Z20150521/.

23. Attached as Exhibit 21 is a true and correct copy of UEFA Statutes (2026 ed.), https://documents.uefa.com/v/u/UEFA-Statutes-Edition-2026-2026-Online.

24. Attached as Exhibit 22 is a true and correct copy of *Our Business Model*, UEFA, https://www.uefa.com/running-competitions/financial-distribution/our-business-model/.

25. Attached as Exhibit 23 is a true and correct copy of *National Associations*, UEFA, https://www.uefa.com/nationalassociations/.

26. Attached as Exhibit 24 is a true and correct copy of *FIFA World Cup Champions: 1982–2026*, FIFA (July 18, 2026), https://www.fifa.com/en/tournaments/mens/worldcup/articles/world-cup-champions-1982-2026-italy-argentina-germany-brazil-france-spain.

27. Attached as Exhibit 25 is a true and correct copy of Inside FIFA, *FIFA Council*, FIFA, https://inside.fifa.com/organisation/fifa-council.

28. Attached as Exhibit 26 is a true and correct copy of FIFA, FIFA Code of Ethics (2023 ed.), https://digitalhub.fifa.com/m/4f048486c1f7293c/original/FIFA-Code-of-Ethics-2023.pdf.

29. Attached as Exhibit 27 is a true and correct copy of *Swiss Prosecutor's Full Legal Document Alleging João Havelange 'Received Millions in Bribes,'* The Guardian (July 12, 2012), https://www.theguardian.com/football/interactive/2012/jul/12/full-legal-document-joao-havelange.

30. Attached as Exhibit 28 is a true and correct copy of Richard Conway, *Joao Havelange, FIFA's Honorary President, Resigns over Bribes*, BBC (Apr. 30, 2013), https://www.bbc.com/sport/football/22351630.

31. Attached as Exhibit 29 is a true and correct copy of U.S. Department of Justice, *Nine FIFA Officials and Five Corporate Executives Indicted for Racketeering Conspiracy and Corruption*, Office of Public Affairs (May 27, 2015), https://www.justice.gov/archives/opa/pr/nine-fifa-officials-and-five-corporate-executives-indicted-racketeering-conspiracy-and.

32. Attached as Exhibit 30 is a true and correct copy of Federal Bureau of Investigation, *More FIFA Officials Charged in Ongoing Corruption Case*, FBI News (Dec. 3, 2015), https://www.fbi.gov/news/stories/more-fifa-officials-charged-in-ongoing-corruption-case.

33. Attached as Exhibit 31 is a true and correct copy of U.S. Department of Justice, *Justice Department Announces Additional Distribution of Approximately $92 Million to Victims in FIFA Corruption Case*, Office of Public Affairs (June 30, 2022), https://www.justice.gov/archives/opa/pr/justice-department-announces-additional-distribution-approximately-92-million-victims-fifa.

34. Attached as Exhibit 32 is a true and correct copy of *Fifa Awarded $201m in Forfeited Funds After Corruption Probe by US Department of Justice*, BBC (Aug. 24, 2021), https://www.bbc.com/sport/football/58323327.

35. Attached as Exhibit 33 is a true and correct copy of Sam Borden, Michael S. Schmidt, and Matt Apuzzo, *Sepp Blatter Decides to Resign as FIFA President in About-Face*, The New York Times (June 2, 2015), https://www.nytimes.com/2015/06/03/sports/soccer/sepp-blatter-to-resign-as-fifa-president.html.

36. Attached as Exhibit 34 is a true and correct copy of *FIFA: Sepp Blatter and Michel Platini Get Eight-Year Bans*, BBC (Dec. 21, 2015), https://www.bbc.com/sport/football/35144652.

37. Attached as Exhibit 35 is a true and correct copy of *FIFA Announce Reform*

*Committee to Meet for First Time Next Month*, ESPN (Aug. 20, 2015), https://www.espn.com/soccer/story/_/id/37429983/fifa-reform-committee-meet-first-next-month.

38. Attached as Exhibit 36 is a true and correct copy of Inside FIFA, *Extraordinary FIFA Congress Zurich 2016*, FIFA (Dec. 22, 2016), https://inside.fifa.com/news/extraordinary-fifa-congress-zurich-2016-2857429.

39. Attached as Exhibit 37 is a true and correct copy of *Transparency International Concerned by Gianni Infantino's FIFA Changes*, ESPN (May 17, 2016), https://www.espn.com/soccer/story/_/id/37470128/transparency-international-concerned-gianni-infantino-fifa-changes.

40. Attached as Exhibit 38 is a true and correct copy of Dorothée Baumann-Pauly, *Also in Play: FIFA's Commitment Without Oversight*, NYU Stern (June 18, 2026), https://bhr.stern.nyu.edu/quick-take/also-in-play-fifas-commitment-without-oversight/.

41. Attached as Exhibit 39 is a true and correct copy of Stanis Elsborg, *Infantino's FIFA: Ten Years of Power, Politics and So-Called Ethics*, Play the Game (Apr. 13, 2026), https://www.playthegame.org/news/infantino-s-fifa-ten-years-of-power-politics-and-so-called-ethics/.

42. Attached as Exhibit 40 is a true and correct copy of David Conn, *FIFA Ethics Committee Was Investigating Gianni Infantino over Election Expenses*, The Guardian (July 21, 2017), https://www.theguardian.com/football/2017/jul/21/fifa-investigating-gianni-infantino-election-expenses.

43. Attached as Exhibit 41 is a true and correct copy of Brian Homewood, *FIFA Reformer Scala Quits Over Loss of Independence*, Reuters (May 15, 2016), https://www.reuters.com/article/sports/fifa-reformer-scala-quits-over-loss-of-independence-idUSKCN0Y606Q/.

44. Attached as Exhibit 42 is a true and correct copy of Owen Gibson, *FIFA's Independent Audit Committee Chairman Resigns in Protest at Reforms*, The Guardian (May 14,

2016), https://www.theguardian.com/football/2016/may/14/domenico-scala-fifa-auditor-resigns-protest.

45. Attached as Exhibit 43 is a true and correct copy of *Gianni Infantino: FIFA President Cleared in Ethics Probe*, BBC (Aug. 5, 2016), https://www.bbc.com/sport/football/36834094.

46. Attached as Exhibit 44 is a true and correct copy of Richard Conway, *FIFA President Gianni Infantino to Be Interviewed by Ethics Committee*, BBC (July 14, 2016), https://www.bbc.com/sport/football/36795446.

47. Attached as Exhibit 45 is a true and correct copy of Paul Nicholson, *Infantino Expense Details Unveil a New Culture of Spending at FIFA*, Inside World Football (June 9, 2016), https://www.insideworldfootball.com/2016/06/09/infantino-expense-details-unveils-new-culture-spending-fifa/.

48. Attached as Exhibit 46 is a true and correct copy of Rob Harris, *Ousted FIFA Ethics Prosecutor: 'Several 100 Cases' Ongoing*, AP News (May 10, 2017), https://apnews.com/19f5eb144b42441dbaf5fff6b08cbdc7.

49. Attached as Exhibit 47 is a true and correct copy of *FIFA: Ousted Ethics Chiefs Were Investigating 'Hundreds' of Cases*, BBC (May 10, 2017), https://www.bbc.com/sport/football/39868118.

50. Attached as Exhibit 48 is a true and correct copy of Graham Dunbar, *Prosecutor Urges Case Against FIFA President for Private Jet*, AP News (Dec. 10, 2020), https://apnews.com/prosecutor-urges-case-against-fifa-president-for-private-jet-471c8f82c561dc2c8b96be18e34b66f3.

51. Attached as Exhibit 49 is a true and correct copy of *Application to Lift the Immunity*

*of Attorney General Michael Lauber and Commencement of Criminal Proceedings Against Gianni Infantino*, The Swiss Federal Council (July 30, 2020), https://www.admin.ch/gov/en/start/documentation/media-releases.msg-id-79942.html.

52. Attached as Exhibit 50 is a true and correct copy of David Conn, *FIFA President Gianni Infantino Faces Swiss Criminal Proceedings*, The Guardian (July 30, 2020), https://www.theguardian.com/football/2020/jul/30/fifa-president-gianni-infantino-faces-swiss-criminal-proceedings.

53. Attached as Exhibit 51 is a true and correct copy of *Swiss Prosecutors End Proceedings Against FIFA Boss Infantino*, Reuters (Oct. 26, 2023), https://www.reuters.com/sports/soccer/swiss-prosecutors-end-proceedings-against-fifa-boss-infantino-2023-10-26/.

54. Attached as Exhibit 52 is a true and correct copy of Michael Shields, *Swiss Drop Impeachment of Attorney General After He Agrees to Quit Early*, Reuters (Aug. 19, 2020), https://www.reuters.com/article/sports/swiss-drop-impeachment-of-attorney-general-after-he-agrees-to-quit-early-idUSKCN25F1IR/.

55. Attached as Exhibit 53 is a true and correct copy of Matt Hughes, *Infantino Using Private Jet in Attempt to Watch Two World Cup Matches per Day*, The Guardian (June 16, 2026), https://www.theguardian.com/football/2026/jun/16/infantino-private-jet-world-cup-matches.

56. Attached as Exhibit 54 is a true and correct copy of Rob Harris, *FIFA: Gianni Infantino Secures Backing to Potentially Extend Presidency Until 2031*, Sky News (Dec. 17, 2022), https://news.sky.com/story/fifa-gianni-infantino-secures-backing-to-potentially-extend-presidency-until-2031-12769547.

57. Attached as Exhibit 55 is a true and correct copy of Ali Iveson, *Infantino Could Lead FIFA Until 2031 as Council Says First 39 Months Did Not Count Towards Term Limits*,

Inside the Games (Dec. 16, 2022), https://www.insidethegames.biz/articles/1131712/infantino-term-limits.

58. Attached as Exhibit 56 is a true and correct copy of Antonio Pequeño IV, *Infantino Offers Morocco 2030 World Cup Final in Exchange for Support, Report Says*, Forbes (Aug. 5, 2026), https://www.forbes.com/sites/antoniopequenoiv/2026/08/05/infantino-offers-morocco-2030-world-cup-final-in-exchange-for-support-report-says.

59. Attached as Exhibit 57 is a true and correct copy of Chris Cwik and Jason Owens, *FIFA Claims Infantino Has Some Board Support amid Calls for His Resignation, Denies Report That He Promised Morocco World Cup Final in Exchange for Re-Election Support*, Yahoo Sports (Aug. 5, 2026), https://sports.yahoo.com/soccer/breaking-news/article/gianni-infantino-offered-2030-world-cup-final-to-morocco-in-exchange-for-support-amid-calls-he-should-resign-report-172424083.html.

60. Attached as Exhibit 58 is a true and correct copy of Tariq Panja and Rebecca R. Ruiz, *A Yearslong Effort to Woo Trump Culminates with the World Cup*, The New York Times (June 9, 2026), https://www.nytimes.com/2026/06/09/world/europe/world-cup-infantino-trump.html.

61. Attached as Exhibit 59 is a true and correct copy of Tim Murphy, *The Kushner-Backed FIFA Takeover Tearing the Soccer World Apart*, Mother Jones (July 30, 2026), https://www.motherjones.com/politics/2026/07/fifa-josh-kushner-thrive-capital-infantino-trump/.

62. Attached as Exhibit 60 is a true and correct copy of Adam Crafton, *Donald Trump, Jared Kushner and the Race to Host the 2026 World Cup*, The New York Times (Nov. 4, 2024), https://www.nytimes.com/athletic/5891523/2024/11/04/donald-trump-united-states-world-cup-2026/.

63. Attached as Exhibit 61 is a true and correct copy of Emily Jane Fox, *How Jared Kushner Helped Bring the 2026 World Cup to North America*, Vanity Fair (July 15, 2018), https://www.vanityfair.com/news/2018/07/how-jared-kushner-helped-bring-2026-world-cup-to-north-america.

64. Attached as Exhibit 62 is a true and correct copy of Andrew Rice, *Gianni's Game*, New York Magazine (June 2, 2026), https://nymag.com/intelligencer/article/infantino-fifa-world-cup-trump-kushner-soccer-football.html.

65. Attached as Exhibit 63 is a true and correct copy of Inside FIFA, *Canada, Mexico and USA Selected as Hosts of the 2026 FIFA World Cup*™, FIFA (June 13, 2018), https://inside.fifa.com/tournaments/mens/worldcup/canadamexicousa2026/media-releases/canada-mexico-and-usa-selected-as-hosts-of-the-2026-fifa-world-cuptm.

66. Attached as Exhibit 64 is a true and correct copy of Richard Conway, *World Cup 2026: How US, Canada & Mexico Won Right to Host Tournament*, BBC (June 13, 2018), https://www.bbc.com/sport/football/44465069.

67. Attached as Exhibit 65 is a true and correct copy of Tariq Panja and Andrew Das, *World Cup 2026: United States, Canada and Mexico Win Bid to Be Host*, The New York Times (June 13, 2018), https://www.nytimes.com/2018/06/13/sports/world-cup/fifa-2026-vote-north-america-morocco.html.

68. Attached as Exhibit 66 is a true and correct copy of Rob Harris and Graham Dunbar, *North American Trio Beats Morocco to Host 2026 World Cup*, AP News (June 13, 2018), https://apnews.com/article/71e70169ac9343839436613b7d8dbb31.

69. Attached as Exhibit 67 is a true and correct copy of David Conn, *Money Talks for FIFA as Morocco Pays Price for Infantino's Expansion Plan*, The Guardian (June 13, 2018),

https://www.theguardian.com/football/blog/2018/jun/13/money-talks-fifa-world-cup-morocco-north-america-2026-infantino.

70. Attached as Exhibit 68 is a true and correct copy of *Remarks by President Trump, FIFA President Gianni Infantino, and U.S. Soccer President Carlos Cordeiro on the 2026 World Cup*, White House Archives (Aug. 28, 2018), https://trumpwhitehouse.archives.gov/briefings-statements/remarks-president-trump-fifa-president-gianni-infantino-u-s-soccer-president-carlos-cordeiro-2026-world-cup/.

71. Attached as Exhibit 69 is a true and correct copy of *President Trump Meets With FIFA, U.S. Soccer Chiefs at White House*, ESPN (Aug. 28, 2018), https://www.espn.com/soccer/story/_/id/37560750/president-trump-meets-fifa-us-soccer-chiefs-white-house.

72. Attached as Exhibit 70 is a true and correct copy of Adam Crafton, *Trump and Infantino: Club World Cup Draw Becomes a Tale of Two Presidents*, The New York Times (Dec. 6, 2024), https://www.nytimes.com/athletic/5973331/2024/12/06/trump-infantino-club-world-cup/.

73. Attached as Exhibit 71 is a true and correct copy of Dan Sheldon, *FIFA President Gianni Infantino's Name Engraved on New Club World Cup Trophy*, The New York Times (Nov. 15, 2024), https://www.nytimes.com/athletic/5924557/2024/11/15/gianni-infantino-club-world-cup-trophy/.

74. Attached as Exhibit 72 is a true and correct copy of Alexander Abnos, *FIFA Opens Office in Trump Tower, Deepening Ties with US President*, The Guardian (July 8, 2025), https://www.theguardian.com/football/2025/jul/08/fifa-trump-tower-office-new-york-city-world-cup.

75. Attached as Exhibit 73 is a true and correct copy of Inside FIFA, *President Donald J. Trump Awarded "FIFA Peace Prize – Football Unites the World,"* FIFA (Dec. 5, 2025), https://

inside.fifa.com/campaigns/football-unites-the-world/news/president-trump-peace-prize-football-unites-the-world.

76. Attached as Exhibit 74 is a true and correct copy of Inside FIFA, *FIFA Introduces the FIFA Peace Prize – An Award to Recognise Exceptional Actions for Peace and Unity*, FIFA (Nov. 5, 2025), https://inside.fifa.com/organisation/media-releases/peace-prize-award-football-unites-the-world-infantino.

77. Attached as Exhibit 75 is a true and correct copy of Adam Crafton, *Human Rights Watch Questions FIFA Over 'Peace Prize,' Receives No Response*, The New York Times (Dec. 1, 2025), https://www.nytimes.com/athletic/6852219/2025/12/01/fifa-human-rights-watch-peace-prize/.

78. Attached as Exhibit 76 is a true and correct copy of Tariq Panja and Luke Broadwater, *FIFA's Leader Often Flatters Trump. Now, He's Awarded Him a Peace Prize*, The New York Times (Dec. 5, 2025), https://www.nytimes.com/2025/12/05/us/politics/trump-fifa-peace-prize-world-cup-infantino.html.

79. Attached as Exhibit 77 is a true and correct copy of Adwaidh Rajan, *USA Striker Balogun's One-Game Ban Suspended After Trump Intervention*, BBC (July 5, 2026), https://www.bbc.com/sport/football/articles/cewqq5q8v41o.

80. Attached as Exhibit 78 is a true and correct copy of *USMNT's Balogun Has Red Card Suspended; Trump Asked FIFA to Review*, ESPN (July 5, 2026), https://www.espn.com/soccer/story/_/id/49277378/usmnt-folarin-balogun-red-card-suspended-belgium.

81. Attached as Exhibit 79 is a true and correct copy of Martyn Ziegler, *Only One Official Involved in Decision to Waive Folarin Balogun Ban*, The Times (July 12, 2026), https://www.thetimes.com/sport/football/world-cup/article/folarin-balogun-ban-world-cup-usa-

25z8bfjg3.

82. Attached as Exhibit 80 is a true and correct copy of Adriana Garcia, *UEFA Says FIFA 'Crossed a Red Line' with Folarin Balogun Red-Card-Ban U-Turn*, ESPN (July 6, 2026), https://www.espn.com/soccer/story/_/id/49284889/uefa-fifa-folarin-balogun-red-card-ban-overturned-usmnt.

83. Attached as Exhibit 81 is a true and correct copy of Inside FIFA, *Gianni Infantino: FIFA World Cup 2026™ Has 'Exceeded All Expectations*,*'* FIFA (July 17, 2026), https://inside.fifa.com/news/white-house-reception-infantino-president-trump-records.

84. Attached as Exhibit 82 is a true and correct copy of *FIFA President Infantino Proclaims World Cup a Success at U.N.*, ESPN (July 17, 2026), https://www.espn.com/soccer/story/_/id/49386705/fifa-president-infantino-proclaims-world-cup-success-un.

85. Attached as Exhibit 83 is a true and correct copy of Inside FIFA, *FIFA Intends to Expand Football Development Funding to Over USD 10 Billion Subject to Approval by FIFA Member Associations*, FIFA (July 28, 2026), https://inside.fifa.com/media-releases/intends-expand-football-development-funding-usd-10-billion-subject-approval-member-associations.

86. Attached as Exhibit 84 is a true and correct copy of Matt Slater, *FIFA Plans to Sell a Stake in the World Cup: How Much for and Why Is Gianni Infantino Doing It?*, The New York Times (July 28, 2026), https://www.nytimes.com/athletic/7475316/2026/07/28/fifa-world-cup-stake-sale-infantino/.

87. Attached as Exhibit 85 is a true and correct copy of Tariq Panja*, Mystery Consortium Is Said to Offer FIFA $25 Billion for Control of 2 Tournaments*, The New York Times (Apr. 9, 2018), https://www.nytimes.com/2018/04/09/sports/soccer/fifa-club-world-cup.html.

88. Attached as Exhibit 86 is a true and correct copy of Richard Conway, *Fifa Set to*

*Meet over $25bn Offer to Launch Two Tournaments*, BBC (Apr. 23, 2018), https://www.bbc.com/sport/football/43868703.

89. Attached as Exhibit 87 is a true and correct copy of *SoftBank Among Investors for $25 Billion FIFA Plan: Report*, Reuters (Apr. 12, 2018), https://www.reuters.com/article/business/softbank-among-investors-for-25-billion-fifa-plan-report-idUSKBN1HJ12J/.

90. Attached as Exhibit 88 is a true and correct copy of Gabriele Marcotti, *FIFA Not Transparent on 'Surprise' Competitions Revamp - UEFA President*, ESPN (May 25, 2018), https://www.espn.com/soccer/story/_/id/37555159/uefa-president-aleksander-ceferin-questions-fifa-competitions-revamp.

91. Attached as Exhibit 89 is a true and correct copy of Gabriele Marcotti, *UEFA to Walk out if FIFA Forces Vote on Club World Cup Revamp – Sources*, ESPN (Oct. 25, 2018), https://www.espn.com/soccer/story/_/id/37563499/uefa-walk-fifa-forces-vote-club-world-cup-revamp-sources.

92. Attached as Exhibit 90 is a true and correct copy of David Conn, *FIFA Puts Club World Cup Revamp on Hold After European Resistance*, The Guardian (Oct. 26, 2018), https://www.theguardian.com/football/2018/oct/26/fifa-club-world-cup-council-uefa-task-force-football.

93. Attached as Exhibit 91 is a true and correct copy of Inside FIFA, *FIFA Council Votes for the Introduction of a Revamped FIFA Club World Cup*, FIFA (Mar. 15, 2019), https://inside.fifa.com/organisation/fifa-council/media-releases/fifa-council-votes-for-the-introduction-of-a-revamped-fifa-club-world-cup.

94. Attached as Exhibit 92 is a true and correct copy of *Statement on Behalf of UEFA and Its 55 National Associations*, UEFA (July 30, 2026), https://www.uefa.com/news-media/

news/02a7-213a92896eb0-54dfbf454e3b-1000--statement-on-behalf-of-uefa-and-its-55-national-associations/.

95. Attached as Exhibit 93 is a true and correct copy of Adam Crafton, James Horncastle, Megan Feringa, and Dan Sheldon, *Inside the Week That Shook Gianni Infantino, FIFA and the Football World*, The New York Times (Aug. 2, 2026), https://www.nytimes.com/athletic/7485172/2026/08/02/fifa-world-cup-stake-sale-inside/.

96. Attached as Exhibit 94 is a true and correct copy of Rob Draper, *Game Over? As He Scraps His 'Shabby' World Cup Sell-Off Deal, Infantino's Job Hangs by a Thread*, The Observer (Aug. 2, 2026), https://observer.co.uk/news/sport/article/game-over-as-he-scraps-his-shabby-world-cup-sell-off-deal-infantinos-job-hangs-by-a-thread.

97. Attached as Exhibit 95 is a true and correct copy of Josh Noble, Samuel Agini, and Arash Massoudi, *The Week That Shook Football*, Financial Times (July 31, 2026), https://www.ft.com/content/0b7081c3-2654-471c-b1b9-87c6f6369fb0?syn-25a6b1a6=1.

98. Attached as Exhibit 96 is a true and correct copy of Michael Race, *Is Football AI-Proof? Why Tech Investors Wanted a Slice of the World Cup*, BBC (Aug. 8, 2026), https://www.bbc.co.uk/news/articles/cd7l4e3v238o.

99. Attached as Exhibit 97 is a true and correct copy of Giles Turner, Todd Gillespie and Rebecca Torrence, *Secret Talks with Kushner Led to FIFA's Controversial Sale Plans*, Bloomberg (July 30, 2026), https://www.bloomberg.com/news/articles/2026-07-30/fifa-sale-plan-enraging-fans-began-with-kushner-talks-last-year.

100. Attached as Exhibit 98 is a true and correct copy of Echo Wang and Rohith Nair, *FIFA Plans to Sell Stakes in $20 Billion Subsidiary to Run World Cup, Angering UEFA*, Reuters (July 28, 2026), https://www.reuters.com/sports/soccer/fifa-mulls-stake-sale-through-new-20-

billion-entity-source-says-2026-07-28/.

101. Attached as Exhibit 99 is a true and correct copy of Luke Cooper, *Football Leaders Condemn Infantino's Plan to Sell FIFA World Cup to Trump Associate*, ABC News (Australia) (July 30, 2026), https://www.abc.net.au/news/2026-07-30/gianni-infantino-fifa-world-cup-sell-off-bid-explained/106976670.

102. Attached as Exhibit 100 is a true and correct copy of Matt Hughes, *FIFA's Sales Pitch Revealed: More Tournaments, More Debt … but Little Mention of Women's Game*, The Guardian (July 30, 2026), https://www.theguardian.com/football/2026/jul/30/fifa-sales-pitch-revealed-more-tournaments-debt-womens-game-omitted.

103. Attached as Exhibit 101 is a true and correct copy of Paul Quinn, *The Analysis Series: The Reality of Infantino's "FIFA 4 Enterprise" Plans Compared to His Sales Pitch…*, The Esk (July 30, 2026), https://theesk.org/2026/07/30/the-analysis-series-the-reality-of-infantinos-fifa-4-enterprise-plans-compared-to-his-sales-pitch/.

104. Attached as Exhibit 102 is a true and correct copy of Miranda Jeyaretnam, *FIFA Draws Fury Over Plan to Sell Stakes in World Cup*, TIME (July 29, 2026), https://time.com/article/2026/07/29/fifa-forward-enterprise-world-cup-commercial-invest-infantino-trump-kushner/.

105. Attached as Exhibit 103 is a true and correct copy of Abdelmawgood Samir, *$20 Billion and $40 Million per Vote! The Secret Document Revealing Infantino's Plan Before the Collapse*, Goal.com (Aug. 7, 2026), https://www.goal.com/en-in/news/usd20-billion-and-usd40-million-per-vote-the-secret-document-revealing-infantino-s-plan-before-the-collapse/blt03ae08bf1cdfea2d.

106. Attached as Exhibit 104 is a true and correct copy of Matias Archambeau, *Qu'est-*

*ce qu'une société commerciale dans le football, la structure que veut créer la FIFA pour vendre des parts de la Coupe du monde?*, L'Équipe (July 31, 2026), https://www.lequipe.fr/Football/Actualites/Qu-est-ce-qu-une-societe-commerciale-dans-le-football-la-structure-que-veut-creer-la-fifa-pour-vendre-des-parts-de-la-coupe-du-monde/1708222.

107. Attached as Exhibit 105 is a true and correct copy of Graham Dunbar, *Senior FIFA Executive Says Staff Were Deceived over Infantino's World Cup Sell-Off Plan*, AP News (July 31, 2026), https://apnews.com/article/cordeiro-infantino-fifa-executive-world-cup-4cff20f6e2dda925e6d5395b56dcf9ab.

108. Attached as Exhibit 106 is a true and correct copy of Tariq Panja, *FIFA's Top Executives Were Given an Ultimatum to Sell Stake in the World Cup*, The New York Times (Aug. 6, 2026), https://www.nytimes.com/2026/08/06/business/fifa-world-cup-privatization.html.

109. Attached as Exhibit 107 is a true and correct copy of *CONCACAF Statement Regarding the Proposed FIFA Forward Enterprise*, CONCACAF (July 29, 2026), https://www.concacaf.com/competitions/concacaf/news/concacaf-statement-regarding-the-proposed-fifa-forward-enterprise.

110. Attached as Exhibit 108 is a true and correct copy of *AFC Statement on the FIFA Forward Enterprise Proposal*, AFC (July 29, 2026), https://www.the-afc.com/en/more/afc_news.html/news/afc-statement-on-the-fifa-forward-enterprise-proposal.

111. Attached as Exhibit 109 is a true and correct copy of FIFPRO Europe, *FIFPRO Europe Statement: FIFA World Cup*, FIFPRO (July 28, 2026), https://www.fifpro.org/en/articles/2026/08/fifpro-europe-statement-fifa-world-cup.

112. Attached as Exhibit 110 is a true and correct copy of Graham Dunbar, *Top FIFA Officials Wenger and Grafström Distance Themselves From Infantino's World Cup Sell-Off Plan*,

AP News (Aug. 4, 2026), https://apnews.com/article/fifa-world-cup-private-investors-wenger-infantino-7a553620217d2b1299b0c8bea8b800cd.

113. Attached as Exhibit 111 is a true and correct copy of Kevin Hand, *Ex-Arsenal Boss Wenger Was 'Not Aware' of Infantino's FIFA Plan*, Al Jazeera (Aug. 4, 2026), https://www.aljazeera.com/sports/2026/8/4/ex-arsenal-boss-wenger-was-not-aware-of-infantinos-fifa-plan.

114. Attached as Exhibit 112 is a true and correct copy of Carlos Cordeiro, *LinkedIn Post on FIFA Forward Enterprise*, LinkedIn (July 31, 2026), https://www.linkedin.com/posts/carlos-cordeiro_as-a-senior-advisor-to-the-fifa-president-activity-7488891905678905344-sZOM.

115. Attached as Exhibit 113 is a true and correct copy of Ossian Shine and Rohith Nair, *Infantino's Senior Advisor Cordeiro Resigns Following Proposal to Sell FIFA Stake*, Reuters (July 31, 2026), https://www.reuters.com/sports/soccer/infantinos-senior-advisor-cordeiro-resigns-following-proposal-sell-fifa-stake-2026-07-31/.

116. Attached as Exhibit 114 is a true and correct copy of Matt Townsend, *FIFA Executive Says Blindsided by Infantino's Privatization Plan*, Bloomberg (July 31, 2026), https://www.bloomberg.com/news/articles/2026-07-31/fifa-executive-says-blindsided-by-infantino-s-privatization-plan.

117. Attached as Exhibit 115 is a true and correct copy of Dan Roan, *FIFA Official Sacked After Infantino Plan Criticism*, BBC (Aug. 17, 2026), https://www.bbc.com/sport/football/articles/cn7n4d6vy03o.

118. Attached as Exhibit 116 is a true and correct copy of Trevor Stynes and Rohith Nair, *What Does Infantino's Proposal to Sell Stakes in FIFA Subsidiary Entail?*, Reuters (July 29, 2026), https://www.reuters.com/business/media-telecom/what-does-infantinos-proposal-sell-stakes-fifa-subsidiary-entail-2026-07-29/.

119. Attached as Exhibit 117 is a true and correct copy of Inside FIFA, *FIFA 2025 Financial Statements — Note 30 (Reserves)*, FIFA (2026), https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/30-reserves.

120. Attached as Exhibit 118 is a true and correct copy of François Brouard and Adrian Movileanu, *FIFA (Fédération Internationale de Football Association): An Examination of Finances*, Carleton University PARG (June 2026), https://carleton.ca/profbrouard/wp-content/uploads/PARGnote202671RNFIFAFinances20260607FBAM.pdf.

121. Attached as Exhibit 119 is a true and correct copy of François Brouard, *Spectacular Deficits and Record Revenues: FIFA's Financial Cycles Are a Winning Strategy*, Carleton News (June 15, 2026), https://carleton.ca/news/story/world-cup-profit-fifa-finances/.

122. Attached as Exhibit 120 is a true and correct copy of Rob Harris, *World Cup: FIFA Chief Gianni Infantino Offers £30m Incentive for Members to Back Controversial Private Investment Plans*, Sky Sports (July 29, 2026), https://www.skysports.com/football/news/11095/13568022/world-cup.

123. Attached as Exhibit 121 is a true and correct copy of Ian Ransom and Kokkai Ng, *Infantino's FIFA Future in Jeopardy After Private Equity Gamble Backfires*, Reuters (Aug. 1, 2026), https://www.reuters.com/sports/soccer/infantinos-fifa-future-jeopardy-after-private-equity-gamble-backfires-2026-08-01/.

124. Attached as Exhibit 122 is a true and correct copy of Colin Millar and Chris Weatherspoon, *FIFA Insists 'Nobody Is Selling Football,' Pushes Ahead With Consultation Plan Despite Backlash*, The New York Times (July 31, 2026), https://www.nytimes.com/athletic/7482390/2026/07/31/fifa-world-cup-proposal-selling-football/.

125. Attached as Exhibit 123 is a true and correct copy of *LaLiga and CVC Sign*

*Agreement to Set Project Boost LaLiga ("LaLiga Impulso") in Motion*, LaLiga (Dec. 12, 2021), https://www.laliga.com/en-GB/news/laliga-and-cvc-sign-agreement-to-set-project-boost-laliga-laliga-impulso-in-motion.

126. Attached as Exhibit 124 is a true and correct copy *of LaLiga Clubs Receive the First Payment From Boost LaLiga*, Sports Venue Business (Jan. 25, 2022), https://sportsvenuebusiness.com/2022/01/25/laliga-clubs-receive-the-first-payment-from-boost-laliga/.

127. Attached as Exhibit 125 is a true and correct copy of Nikola Vuković, *The Art of the Failed Deal*, Substack (Aug. 1, 2026), https://nikolavukovic.substack.com/p/the-art-of-the-failed-deal.

128. Attached as Exhibit 126 is a true and correct copy of Chris Weatherspoon, *Breaking Down FIFA's Stake Sale, How It Compares to Other Sports and Whether It's Necessary*, The New York Times (July 30, 2026), https://www.nytimes.com/athletic/7477576/2026/07/30/fifa-world-cup-stake-sale-breakdown/.

129. Attached as Exhibit 127 is a true and correct copy of FIFA, *Financial Report 2014*, https://static.poder360.com.br/2022/11/relatorio-anual-fifa-2014.pdf.

130. Attached as Exhibit 128 is a true and correct copy of South African Football Association, *FIFA's Transformation* (Feb. 28, 2020), https://safa.net/2020/02/28/fifas-transformation/.

131. Attached as Exhibit 129 is a true and correct copy of FIFA, *2019–2022 Cycle in Review: 2019–2022 Budget Comparison*, https://publications.fifa.com/en/annual-report-2022/finances/2019-2022-cycle-in-review/2019-2022-budget-comparison/.

132. Attached as Exhibit 130 is a true and correct copy of Paul Nicholson, *FIFA Posts $7.6bn Record 2019-22 Cycle Revenue and Promises $11bn Bonanza for 2023-26*, Inside World

Football (Feb. 15, 2023), https://www.insideworldfootball.com/2023/02/15/fifa-posts-7-6bn-record-2019-22-cycle-promises-11bn-bonanza-2023-26/.

133. Attached as Exhibit 131 is a true and correct copy of Tom Morgan, *Infantino's Threat to Football: Back Me or Miss Out on Funding*, The Telegraph (July 29, 2026), https://www.telegraph.co.uk/football/2026/07/29/infantino-threatens-fifa-nations-with-53-day-deadline/.

134. Attached as Exhibit 132 is a true and correct copy of *Further UEFA Statement on FIFA Plans*, UEFA (July 29, 2026), https://www.uefa.com/news-media/news/02a7-21386623beab-40b7ac297b44-1000--further-uefa-statement-on-fifa-plans/.

135. Attached as Exhibit 133 is a true and correct copy of Ishaan Bhattacharya, *Gianni Infantino Was Eyeing a $30 Million Salary in Scrapped FIFA World Cup Privatisation Plan*, Yahoo Sports (Aug. 2, 2026), https://sports.yahoo.com/articles/gianni-infantino-eyeing-30-million-090000052.html.

136. Attached as Exhibit 134 is a true and correct copy of Aaron Morris, *Gianni Infantino Had $30M Salary Plan Before World Cup Sale Plans Imploded*, The Mirror US (Aug. 2, 2026), https://www.themirror.com/sport/soccer/gianni-infantino-30m-salary-plan-1965385.amp.

137. Attached as Exhibit 135 is a true and correct copy of Graham Dunbar, *FIFA Details Infantino's $6M Pay Deal with 33% Increase in Bonus After 2025 Club World Cup*, AP News (Mar. 19, 2026), https://apnews.com/article/fifa-accounts-president-infantino-salary-bonus-3bb4b3a1e614326d82d0e6356a44e8ac.

138. Attached as Exhibit 136 is a true and correct copy of *Gianni Infantino Dealt Another Blow as AFC Joins UEFA, CONCACAF in Rejecting World Cup Plan*, ESPN (July 31, 2026), https://www.espn.com/soccer/story/_/id/49494953/gianni-infantino-dealt-another-blow-

afc-joins-uefa-concacaf-rejecting-world-cup-plan.

139. Attached as Exhibit 137 is a true and correct copy of *UEFA Statement on The Times Article*, UEFA (July 28, 2026), https://www.uefa.com/news-media/news/02a7-2138003823f8-f1aa47e28763-1000--uefa-statement-on-the-times-article.

140. Attached as Exhibit 138 is a true and correct copy of Mark Ogden, *UEFA to Discuss World Cup Boycott Over FIFA Private Investment Plan – Sources*, ESPN (July 28, 2026), https://www.espn.com/soccer/story/_/id/49470028/uefa-blasts-fifa-proposal-10-billion-world-cup-private-investment.

141. Attached as Exhibit 139 is a true and correct copy of *Statement on Behalf of CONCACAF and Its 41 Member Associations*, CONCACAF (July 30, 2026), https://www.concacaf.com/competitions/concacaf/news/statement-on-behalf-of-concacaf-and-its-41-member-associations.

142. Attached as Exhibit 140 is a true and correct copy of *AFC Stands in Solidarity with UEFA and CONCACAF to Protect the FIFA World Cup*, AFC (July 31, 2026), https://www.the-afc.com/en/more/afc_news.html/news/afc-stands-in-solidarity-with-uefa-and-concacaf-to-protect-the-fifa-world-cup.

143. Attached as Exhibit 141 is a true and correct copy of *AFC President Doubles Down on FIFA, Calling World Cup Plan 'Unacceptable,'* Al Jazeera (July 30, 2026), https://www.aljazeera.com/sports/2026/7/30/afc-president-doubles-down-on-fifa-calling-world-cup-plan-unacceptable.

144. Attached as Exhibit 142 is a true and correct copy of *World Leagues Association Statement on FIFA Forward Enterprise*, World Leagues Association (July 30, 2026), https://worldleaguesforum.com/en/media/world-leagues-association-statement-on-fifa-forward-

enterprise.

145. Attached as Exhibit 143 is a true and correct copy of *FIFPRO Statement: FIFA Forward Enterprise*, FIFPRO (Aug. 5, 2026), https://www.fifpro.org/en/articles/2026/08/fifpro-statement-fifa-forward-enterprise.

146. Attached as Exhibit 144 is a true and correct copy of *European Leagues Statement on FIFA*, European Leagues (July 29, 2026), https://europeanleagues.com/european-leagues-statement-on-fifa/.

147. Attached as Exhibit 145 is a true and correct copy of Stephen McGowan, *SFA Chiefs to Attend UEFA Summit Regarding Gianni Infantino*, Herald Scotland (July 29, 2026), https://www.heraldscotland.com/sport/26421522.sfa-chiefs-attend-uefa-summit-regarding-gianni-infantino/.

148. Attached as Exhibit 146 is a true and correct copy of *Andy Burnham Joins Critics of FIFA's World Cup Private Investment Plan*, ESPN (July 28, 2026), https://www.espn.com/soccer/story/_/id/49473099/andy-burnham-joins-critics-fifa-world-cup-private-investment-plan.

149. Attached as Exhibit 147 is a true and correct copy of David Cummings, *'I Don't Have Confidence' in FIFA President Gianni Infantino, Carney Says*, CBC (Aug. 5, 2026), https://www.cbc.ca/news/politics/carney-fifa-president-9.7297433.

150. Attached as Exhibit 148 is a true and correct copy of Rep. Jamie Raskin, *Letter to Gianni Infantino*, U.S. House Judiciary Committee (July 26, 2026), https://democrats-judiciary.house.gov/sites/evo-subsites/democrats-judiciary.house.gov/files/evo-media-document/2026-07-26-raskin-to-infantino-fifa-re-corruption.pdf.

151. Attached as Exhibit 149 is a true and correct copy of *Ranking Member Raskin Calls Foul on FIFA President Infantino for Trump Bribery and Corruption Scheme*, U.S. House

Judiciary Committee Democrats (July 27, 2026), http://democrats-judiciary.house.gov/media-center/press-releases/ranking-member-raskin-calls-foul-on-fifa-president-infantino-for-trump-bribery-and-corruption-scheme.

152. Attached as Exhibit 150 is a true and correct copy of Adam Crafton, *FIFA's Gianni Infantino Requested to Appear Before House Judiciary Committee Over Trump Relationship*, The New York Times (July 27, 2026), https://www.nytimes.com/athletic/7471181/2026/07/27/gianni-infantino-trump-fifa-congress/.

153. Attached as Exhibit 151 is a true and correct copy of Graham Dunbar, *FIFA's Infantino Targets Critics He Says Spread 'Hate and False Rumors' About World Cup*, AP News (July 27, 2026), https://apnews.com/article/world-cup-fifa-infantino-critics-16f8d9d9ade4b1d5499dfefc4368d0ae.

154. Attached as Exhibit 152 is a true and correct copy of Graham Dunbar, *Infantino Abandoned His World Cup Equity Plan After Seismic FIFA Backlash. Here's What to Know*, AP News (Aug. 1, 2026), https://apnews.com/article/world-cup-fifa-infantino-investors-10160e494eebf37301201b9175ec836d.

155. Attached as Exhibit 153 is a true and correct copy of Luke Baker, *Gianni Infantino Clings to Fifa Presidency After Apologising for 'Mistakes' Over World Cup Sell-Off Plan*, The Independent (Aug. 6, 2026), https://www.independent.co.uk/sport/football/gianni-infantino-apology-fifa-resign-mattias-grafstrom-b3028406.html.

156. Attached as Exhibit 154 is a true and correct copy of David Close, *Infantino Apologizes for 'Mistakes' but Retains FIFA's Backing at Crisis Meeting*, CNN (Aug. 5, 2026), https://www.cnn.com/2026/08/05/sport/fifa-leadership-backs-infantino.

157. Attached as Exhibit 155 is a true and correct copy of Preservation Demand from

A. Levander to Thrive Eternal and J. Kushner (July 31, 2026).

158. Attached as Exhibit 156 is a true and correct copy of Kevin Hand, *UEFA Confirms Legal Letter Served to FIFA After Infantino's World Cup Plan*, Al Jazeera (Aug. 4, 2026), https://www.aljazeera.com/sports/2026/8/4/uefa-confirm-legal-letter-served-to-fifa-after-infantino-world-cup-plan.

159. Attached as Exhibit 157 is a true and correct copy of *UEFA Welcomes FIFA's Withdrawal of Plans to Sells a Stake in the World Cup*, UEFA (Aug. 1, 2026), https://www.uefa.com/news-media/news/02a8-213e1cb056eb-c0ae1b85aa7f-1000--uefa-welcomes-fifa-s-withdrawal-of-plans-to-sell-a-stake-i/.

160. Attached as Exhibit 158 is a true and correct copy of the proposed subpoena *duces tecum* requested to be served upon Thrive Capital Management, LLC and its related entities.

161. Attached as Exhibit 159 is a true and correct copy of the proposed subpoena *ad testificandum* requested to be served upon Thrive Capital Management, LLC and its related entities.

162. Attached as Exhibit 160 is a true and correct copy of the proposed subpoena *duces tecum* requested to be served upon Joshua Kushner.

163. Attached as Exhibit 161 is a true and correct copy of the proposed subpoena *ad testificandum* requested to be served upon Joshua Kushner.

164. Appended hereto is an Index of the Exhibits attached to this Declaration.

* * *

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August 27, 2026
New York, New York

By: */s/ Andrew J. Levander*
Andrew J. Levander