# EXHIBIT A

PRESIDENT

FIFA

Zurich, 28 July 2026

**FIFA Forward Enterprise**

Dear Vice Presidents,
Dear members of the FIFA Council,

As we reflect on the most inclusive and successful FIFA World Cup in history, I would like to begin by thanking you all for the role you played in making this a reality.

This role encompasses not only your support in the consideration and approval of all relevant aspects of the FIFA World Cup and all FIFA competitions for that matter, but also for the key role you play in the everyday development of our sports via your approval and oversight of the FIFA Forward Programme. This Programme is the cornerstone of global football development that feeds our success every four years and all the moments in between.

It is in this context I would like to kick-off the start of a consultation process and share with you a proposal which, if meeting the democratic approval of FIFA's Member Associations and you, the FIFA Council, has the power to transform the future of the FIFA Forward Programme and the development of global football for the years ahead.

The details of this proposal are outlined hereafter and will also be shared with the 211 Member Associations as part of this consultation process.

**A new, fit-for-purpose FIFA owned and controlled subsidiary - FIFA Forward Enterprise**

The vision behind FIFA Forward Enterprise is the establishment of a new, FIFA-owned and FIFA-controlled subsidiary which will consolidate our organisation's commercial and event delivery operations into a single and specific purpose-built entity. This entity will be fully focused on one target objective; generating as much value as possible for FIFA's Member Associations.

This new entity will have a governance structure and operating model that is fully tailored to and focused on this singular objective. It will be separated from and distinct to the regulatory and developmental focus that will continue to reside within FIFA as the parent and governing body.

The equity value of FIFA Forward Enterprise has been forecast at USD 20bn by JP Morgan Chase, one of the largest and most reputable banks in the world.

To leverage this value to finance future growth, this new subsidiary will be capable of taking on external capital investment. This will enable participating Member Associations to further improve and compete by expediting development in every single part of the world like never before, bringing meaningful investment to territories regularly ignored or left behind.

**Increased Forward funding**

The proposal, if implemented, would see Member Associations benefitting from the following resulting increases in Forward funding:

1) **FIFA Forward – USD 20m** per MA for the cycle starting 1 January 2027 allocated equally to all 211 Member Associations.

   This would continue to increase cycle-on-cycle; USD 22m for 2031-2034, USD 24m for 2035-2038, and so forth. It will be financed through guaranteed payments from the increased revenues unlocked via this newly established, commercially focused entity.

2) **FIFA Fast-Forward (a new programme) – USD 20m per MA** as a singular and unique funding opportunity only for those Member Associations who wish to participate, with their decision to be made by 19 September 2026 so we can plan ahead and with funds to be available immediately as of 1 January 2027.

   It will be financed by FIFA liquidating a minority portion of its share in FIFA Forward Enterprise to carefully selected long-term external investors without ceding control of any kind.

In total for the upcoming cycle starting as of 1 January 2027, each Member Association will have the possibility to access up to **USD 40m per Member Association** under this proposal.

Over a 12-year, 3-cycle period, this would represent cash payments of c. **USD 86m** (USD 40m + c. USD 22m + c. USD 24m) compared to the USD 3m received over the same time period before my election. So a very significant increase from 3m per MA to 86m per MA in the same period.

Furthermore, for the first time ever, FIFA will now retain a majority ownership (min. c. 80%) in a dedicated commercial and event entity, the future equity value of which will continue to increase and be recycled back into football through the MAs or on their behalf.

**A fully democratic decision in the hands of the Member Associations**

In keeping with our democratic principles, the implementation of FIFA Forward Enterprise will be entirely conditional on the following two steps:

1) The support by way of participation of a majority (>50%) of FIFA Member Associations in the process by the deadline stipulated;
2) The express approval by the FIFA Council to enact the requisite adjustments to the Forward Programme.

Should neither condition be satisfied, FIFA will continue as planned with the Forward Programme 4.0 as communicated to the FIFA Member Associations in April of this year (meaning c. 10m per MA for the next cycle).

**A valuable commitment**

It is my duty and responsibility as FIFA President to present such game-changing opportunities to the FIFA Member Associations and to you, the FIFA Council. It is equally my duty and responsibility to ensure such proposals are sufficiently complete and feasible, replete with substantiated figures and clear terms to assist you in the decision-making process. Obviously this proposal has been elaborated by our experts at the FIFA Administration who are working tirelessly at your service in accordance with their mandate.

With this in mind, the financial commitment of an anchor investor in FIFA Forward Enterprise has been secured, Thrive Capital, who have agreed to underwrite this proposal. Through this secured commitment, FIFA Forward Enterprise will guarantee the following:

- The substantially increased FIFA Forward Programme payments ($20m and increasing cycle-on-cycle) to all members as outlined above
- The once-off new FIFA Fast Forward Programme payment ($20m) to all members who wish to access it as outlined above
- Costs of other existing development programmes operated by FIFA
- Costs of non-commercial and non-event related operations of FIFA as the parent and governing body (e.g. legal and regulatory, development, governance, etc.)

In total the complete proposal represents a package of **over USD 10bn** for the next cycle only.

Failure to meet any of the above payments will result in the revocation of the license granted by FIFA to its own subsidiary FFE and a reversion to status quo.

Should the majority of Member Associations democratically support the proposal, and the FIFA Council approve thereafter, a pool of diverse international investors from all around the World will be onboarded in addition to the anchor investor. This process will be led by J.P. Morgan for and subject to the ultimate approval of the FIFA Administration.

Clear rules regarding these investors are already set and agreed, and will be implemented to ensure diversification. This encapsulates elements such as caps of individual ownership amounts and amounts held by individual geographic regions.

**No change to FIFA's governance model**

The rights and obligations of the FIFA Member Associations and the retention of FIFA's existing governance structure, including the role of the FIFA Council, will remain unchanged.

Specifically:

- There will be no change to the FIFA Statutes required and all rights and obligations as set out therein will remain untouched;
- FIFA will retain a perpetual majority ownership of the new entity and will remain in full control of any change of ownership structure in future;
- FIFA will retain further control by way of numeric majority of the Board of the new entity;

PRESIDENT

- FIFA will retain full and exclusive control and decision-making over all competition-related matters including formats, number of teams, slot allocations and hosting;
- FIFA will retain full and exclusive sports authority over all other sporting decisions;
- All net benefits of the new entity on top of the guaranteed payments mentioned above will be reinvested back into football;
- All existing FIFA competitions are guaranteed to remain as they are unless FIFA should decide otherwise in the future;
- All ownership of IP and other commercial assets will remain with FIFA, with these assets being licensed to this new entity in exchange for the guaranteed payments;
- As previously mentioned, any failure to make these guaranteed payments to FIFA will result in the license automatically being revoked to FIFA and the status quo reinstated.

**What happens next**

The feedback gathered from the FIFA Member Associations as part of this consultation process will be shared with you for consultation ahead of your consideration of the proposal and the associated regulatory changes required to enact the increased payments under the Forward Programme.

I would like to conclude by thanking the FIFA Administration for their great work in elaborating this fantastic proposal for World football and to all of you for the trust you have placed in me over the last decade. This trust gives me the energy required to continue in our mission to make football truly global.

Yours in football,

Gianni Infantino