**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF UNION DES ASSOCIATIONS EUROPÉENNES DE FOOTBALL ("UEFA") FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING | Case No. 1:26-mc-00431-JAV |

**NOTICE OF FIFA (AMERICAS) INC. AND FWC2026 US, INC.**
**MOTION TO INTERVENE**

PLEASE TAKE NOTICE THAT for the reasons set out in the accompanying Memorandum of Law, proposed intervenors FIFA (AMERICAS) INC. and FWC2026 US, INC. move this Court for leave to intervene in this action pursuant to Federal Rule of Civil Procedure 24, in order to request that the Court defer ruling on the application of Union des Associations Européennes de Football ("UEFA") for an order under 28 U.S.C. § 1782 authorizing discovery for use in purportedly contemplated (but non-existent) Swiss criminal proceedings while a nearly identical application is being briefed in the Southern District of Florida, or in the alternative, that the Court permit FIFA U.S. to oppose the application no later than September 30, 2026.

Dated: New York, New York
September 1, 2026

Respectfully submitted,

By: */s/ H. Christopher Boehning*

H. Christopher Boehning
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 903-9000
chris.boehning@linklaters.com

*Counsel for Proposed Intervenors FIFA (AMERICAS) Inc. and FWC2026 US, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2026, I electronically filed this Notice of Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in the above-captioned matter.

*/s/ H. Christopher Boehning*
H. Christopher Boehning